UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Traci Pettigrew, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-00955-RJJ |
| v. | : |
| Santanna Natural Gas Corporation, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Santanna Natural Gas Corporation without prejudice and without costs to any party.

| Traci Pettigrew | Santanna Natural Gas Corporation |
|---|---|
| /s/ Sergei Lemberg | /s/ Randall J. Groendyk |
| Sergei Lemberg, Esq. | Randall J. Groendyk, Esq. |
| LEMBERG LAW | VARNUM LLP |
| 1100 Summer Street, 3rd Floor | Bridgewater Place, P.O. Box 352 |
| Stamford, CT  06905 | Grand Rapids, MI 49501-0352 |
| Tel: (203) 653-2250 | Telephone: (616) 336-6000 |
| slemberg@lemberglaw.com | E-Mail: rjgroendyk@varnumlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2014, a true and correct copy of the foregoing Stipulation of Dismissal without prejudice was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

                                         By */s/ Sergei Lemberg*_____
                                              Sergei Lemberg, Esq.